518 A.2d 802

**Carmen DeFAZIO, et ux., Petitioners,**

v.

**Alexander LABE, M.D., et al.**

Supreme Court of Pennsylvania.

Dec. 12, 1986.

Petition for Allowance of Appeal GRANTED, No. 152 E.D. Appeal Docket 1986.